■ MILDRED KAPLAN, Respondent, v. MORRIS KAPLAN, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term,

970

beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 27, 1962. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ RUTH HIRSCH et al., Respondents, v. HELEN FLICK et al., Appellants.— Motion by appellants for a stay of trial, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before August 27, 1962. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.